IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00248-BO-RN

| | |
|---|---|
| DAWN MCPHERSON,<br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>Defendant. | ORDER GRANTING<br>MOTION TO APPEAR<br>UNACCOMPANIED BY A<br>SPECIAL ASSISTANT<br>UNITED STATES<br>ATTORNEY |

Upon consideration of Counsel's Motion to Appear Unaccompanied by a Special Assistant United States Attorney for the hearing scheduled for 11:30 A.M. on May 29, 2024, it is hereby ORDERED that Counsel's Motion is GRANTED.

SO ORDERED this 22 day of May, 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge