UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAWN MCPHERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN O'MALLEY, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:23-CV-248-BO-RN |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the ALJ's decision is not supported by substantial evidence and reversal is appropriate. Accordingly, the decision of the Commissioner is REVERSED, and the matter is remanded for an award of benefits.

**This case is closed.**

**This judgment filed and entered on June 17, 2024, and served on:**
Charlotte Hall (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Joel Johnson (via CM/ECF NEF)
Aaron Cook (via CM/ECF NEF)

June 17, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk